Ted A. Troutman, OSB #844470
Muir & Troutman
16100 NW Cornell Rd, #200
Beaverton, OR 97006
(503) 292-6788
(503) 292-5799 fax
tedtroutman@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-38045-rld13 |
| David J. Radke, | ) |
| | ) **MOTION FOR ORDER** |
| | ) **CONVERTING CHAPTER 13 CASE** |
| Debtor(s) | ) **TO CHAPTER 7 CASE** |
| | ) |

The above referenced debtor, by and through his attorney Ted A. Troutman, move the court for an order converting his Chapter 13 Bankruptcy case to a case administered under Chapter 7 of the Bankruptcy Code. This motion is based on 11 U.S.C. §1307(a).

Presented By:

March 21, 2013          /s/ Ted A. Troutman
Date                           Ted A. Troutman, OSB#844470
                                 Attorney for Debtor

Page 1 of 1 Motion for Order Converting Chapter 13 Case to Chapter 7 Case

Ted A. Troutman, OSB #844470
Muir & Troutman Law Office
16100 NW Cornell Rd., Ste 200
Beaverton, OR 97006
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re ) | |
| ) | Case No. <u>10-38045-rld13</u> |
| **David J. Radke,** ) | |
| ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |

I, Lisette Barajas, Declare as follow:

    I certify that on **March 21, 2013**, I served, by **first class mail**, a full and true copy of the foregoing **Motion For Order Converting Chapter 13 Case to Chapter 7 Case and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**ODR Bkcy**
**955 Center St NE**
**Salem, OR 97301-2555**

**David Radke**
**241 SW Birch Street**
**Dallas OR 97338**

Dated: **March 21, 2013**

<u>/s/ Lisette Barajas</u>
Lisette Barajas, Legal Assistant to
Ted A. Troutman

Page 1 Certificate of Service